■ MYRNA FRENCH, Plaintiff, v LEONARD FRENCH, Respondent. SAMUELSON HAUSE & SAMUELSON, LLP, Nonparty Appellant. [783 NYS2d 876]—

In an action for a divorce and ancillary relief, Samuelson Hause & Samuelson, LLP, appeals from an order of the Supreme Court, Suffolk County (Bivona, J.), dated October 25, 2003, which, sua sponte, imposed a sanction in the sum of $1,500 against it for filing a frivolous motion.

Ordered that the appeal is dismissed, without costs or disbursements.

An order which does not decide a motion made on notice is not appealable as of right (*see* CPLR 5701 [a] [2]; [c]; *Sholes v Meagher,* 100 NY2d 333 [2003]) and we decline to grant leave to appeal. Ritter, J.P., Goldstein, Adams and Crane, JJ., concur.